452 A.2d 61

Commonwealth v. Gordon, Appellant.
Petition for Allowance of Appeal Denied Feb. 1, 1983.

Submitted May 11, 1982.
Norris E. Gelman, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, CIRILLO and HOFFMAN, JJ.

Affirmed.

HOFFMAN, J., dissented.